## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GORDON WHITE**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CV501 |
| v. | ) | |
| | ) | ORDER |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge on December 20, 2007 by the filing of the Mediation Closure Notice (Filing No. 51),

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before January 22, 2008**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 21st day of December, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge