```
                                                              FILED
                                                       U.S. DISTRICT COURT
                                                       DISTRICT OF NEBRASKA

                                                       08 JAN -3  AM 10: 31
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA          OFFICE OF THE CLERK
```

| | | |
|---|---|---|
| GORDON WHITE, | ) | NO. 8:05CV501 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

This matter came on for determination upon the Stipulation and Motion of the parties that the case be dismissed with prejudice (filing 53), each party to bear their own costs, and complete record waived. The Court, being fully advised in the premises, finds that such an order should issue.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice, each party to bear their own costs, and complete record waived.

DATED this 2 day of JAN., 2008.

BY THE COURT:

_____
JOSEPH F. BATAILLON
CHIEF JUDGE